ABRAHAM B. CONGER et al., Appellants, *v.* SARAH W. DURYEE, Appellant, ISAAC C. OGDEN, Respondent.

(Argued October 15, 1886; decided November 23, 1886.)

*Carlisle Norwood, Jr.,* for appellants.

*William Man* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.